# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, For the Use and Benefit of:<br><br>CTE CAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN BROTHERS CONSTRUCTION, INC., a California corporation; ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation; and DOES 1-100, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No.: 2:20-CV-01486-KJM-DB<br><br>**ORDER STAYING LITIGATION** |

On December 14, 2023, the parties appeared before this court for a status conference and advised the outcome of related litigation presently pending before the United States Armed Services Board of Contract Appeals ("ASBCA Appeal")

had the potential to impact issues in the above captioned litigation before this court.

On December 19, 2023, the parties filed a stipulation for a stay of these proceedings pending the outcome of the ASBCA Appeal.

Having considered the parties' stipulation and finding good cause, it is hereby ordered the above captioned case is **stayed**. A status conference is set for May 9, 2024, at 2:30 PM before the undersigned.

**IT IS SO ORDERED.**

DATED: December 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE