UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CTE Cal, Inc., | No. 2:20-cv-01486-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Martin Brothers Construction, Inc., et al., | |
| Defendants. | |

On December 21, 2023, the court stayed this case pending the outcome of a related litigation in the United States Armed Services Board of Contract Appeals ("ASBCA Appeal"). Prior Order, ECF No. 19. In that order, the court set a status conference for May 9, 2024. *Id.* In advance of the status conference, the parties submitted an updated joint status report. Joint Status Report, ECF No. 20.

The parties updated the court on the status of the ASBCA Appeal. *See id.* Having considered the parties' joint status report and finding good cause, the court hereby **continues the current stay in** proceedings. The parties are directed to notify the court of the ASBCA Appeal decision within fifteen (15) days of the decision.

The status conference set for May 9, 2024, is **vacated**, and will be reset if necessary.

IT IS SO ORDERED.

DATED: May 6, 2024.

CHIEF UNITED STATES DISTRICT JUDGE